UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHELSEA NILEAH BRO CRUSER, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:25 CV 1773 RWS |
| FRANK BISIGNANO, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before me on Plaintiff's Petition for an Award of Attorney Fees [19] pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $6,416.40. On June 5th, 2026, I reversed the decision of the Commissioner and remanded the case to the Commissioner under sentence-four of 42 U.S.C. § 405(g) for further consideration. The Petition seeks to award the fees to Plaintiff's counsel based on an assignment of fees by Plaintiff.

Plaintiff's counsel submitted a request to be reimbursed in the amount of $6,416.40, which represents 2.60 hours of attorney work at $258.00 per hour in 2025 and 21.60 hours of attorney work at $266.00 per hour in 2026. The Commissioner does not object to the award of these fees but notes that the fees should be made payable to Plaintiff under the holding in *Astrue v. Ratliff*, 560 U.S.

586 (2010) (fees are awarded directly to prevailing plaintiff even though plaintiff's attorney may have a beneficial interest or contractual right to the fees).

Accordingly,

**IT IS HEREBY ORDERED that** Plaintiff's Petition for an Award of Attorney Fees [19] is **GRANTED** as follows: Plaintiff shall recover attorney's fees from the Social Security Administration in the amount of $6,416.40.

**IT IS FURTHER ORDERED** that, under the terms of the Assignment of Fee Agreement executed by Plaintiff in this case (Doc. #19-3), the award shall be made payable to Parmele Law Firm, P.C., unless Plaintiff has a pre-existing debt owed to the United States, in which case the award shall be made payable to Plaintiff and subject to offset to satisfy that debt.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of September, 2026.